[No. 12211–1–II.  Division Two.  August 30, 1990.]

MICHELLE M. GIBSON, ET AL, *Respondents*, v. THE CITY OF TACOMA, *Respondent,* THE DEPARTMENT OF TRANSPORTATION, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–03201–4, E. Albert Morrison, J., entered July 15, 1988. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ. Now partially published at 60 Wn. App. 26.

[No. 12467–0–II.  Division Two.  August 30, 1990.]

THE ESTATE OF STACIE L. JONES, *Appellant,* v. PORT ANGELES SCHOOL DISTRICT NO. 121, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–2–00443–5, Gary W. Velie, J., entered December 2, 1988. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Worswick, J.